IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALPHA MODUS, CORP., | § | NO. 1:25-CV-01527-DAE |
| *Plaintiff*, | § | |
| vs. | § | |
| MOOD MEDIA, LLC, | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is a Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff Alpha Modus, Corp. ("Plaintiff") and Defendant Mood Media, LLC ("Defendant") (collectively, the "Parties"). (Dkt. # 20.) The Stipulation informs the Court that the Parties have stipulated to dismissal with prejudice of all claims in the case. Pursuant to the Stipulation, the Court hereby **ORDERS** that the case be **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees. The Clerk's Office is **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, February 10, 2026.

_____
David Alan Ezra
Senior United States District Judge